No. 597. McKnett *v.* St. Louis & San Francisco Ry. Co. May 28, 1934. Petition for rehearing denied. See *ante,* p. 230.

No. 660. Sauder, Administratrix, et al. *v.* Mid-Continent Petroleum Corp. May 28, 1934. Petition for rehearing denied. See *ante,* p. 272.

Nos. 727 and 728. Spring City Foundry Co. *v.* Commissioner of Internal Revenue. May 28, 1934. Petition for rehearing denied. See *ante,* p. 182.

No. 975. Roberts et al. *v.* Washington Trust Co. May 28, 1934. Petition for rehearing denied. See *ante,* p. 608.